IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA JETER, | : |
| Plaintiff, | : |
| vs. | :    CA 14-0394-C |
| MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC., | : |
| | : |
| Defendants. | |

## ORDER

On October 3, 2014, counsel for defendants Midland Funding, LLC and Midland Credit Management, Inc., Jason Brent Tompkins, Esquire, notified the undersigned's staff that resolution has been reached by the parties as to the final details of a compromise settlement agreement disposing of this action in its entirety. It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may reinstate this action within sixty (60) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

Provided no party reinstates this action, final judgment, as prescribed by Rule 58 of the Federal Rules of Civil Procedure, shall be deemed as entered on **December 5, 2014**. The parties are to bear their own costs, unless otherwise agreed.

**DONE AND ORDERED** this the 6th day of October, 2014.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**